**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 21-1052

VALERIE ARROYO,

Plaintiff - Appellant,

v.

VI LYLES, Mayor; CITY OF CHARLOTTE; JULIE EISELT; MECKLENBURG COUNTY BOARD OF COMMISSIONERS; DERRICK MAYO, Detective; GEORGE DUNLAP, Commissioner; CHARLOTTE-MECKLENBURG POLICE DEPARTMENT; AARON TICKS; FEDERAL BUREAU OF INVESTIGATION; ELISA CHINN-GARY, Clerk of Court; COURT ADMINISTRATION OF MECKLENBURG COUNTY; SPENCER MERRIWEATHER, District Attorney; MECKLENBURG COUNTY DISTRICT ATTORNEY'S OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. David Shepardson Cayer, Magistrate Judge. (3:20-cv-00506-FDW-DSC)

Submitted: May 25, 2021                    Decided: June 14, 2021

Before KING, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Valerie Arroyo, Appellant Pro Se. James Bradford Gatehouse, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina; Clarence Edward Matherson, Jr., OFFICE OF THE CITY ATTORNEY, Charlotte, North Carolina; Ronald L. Gibson,

RUFF BOND COBB WADE & BETHUNE, LLP, Charlotte, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valerie Arroyo seeks to appeal the magistrate judge's order denying her motion to recuse. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Arroyo seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Arroyo's motions for default judgment and entry of judgment, for an initial hearing en banc, for summary judgment, and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*